IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03161-RBJ-KLM

FRANK P. DENETCLAW, JR.,

    Plaintiff,

v.

TOTAL LONGTERM CARE,

    Defendants.

**FINAL JUDGMENT**

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order [ECF No. 22] filed September 10, 2012 by the Honorable R. Brooke Jackson, United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Recommendation of the United States Magistrate Judge, Doc. [#45], is ADOPTED.  It is further

ORDERED that defendants' motion to dismiss [#10]is GRANTED. The Title VII claims are DISMISSED WITH PREJUDICE.  Any claims pertaining to state law are DISMISSED WITHOUT PREJUDICE; the Court declines to take supplemental jurisdiction over those claims in the absence of a federal claim.

DATED at Denver, Colorado this September   10th , 2012.

                              FOR THE COURT:

                              JEFFREY P. COLWELL, CLERK

                              By s/ Edward P. Butler
                                  Edward P. Butler, Deputy Clerk